HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM MCELROY,

    Plaintiff,

  v.

KING COUNTY, et al.,

    Defendants.

CASE NO. C12-1299RAJ

ORDER TO SHOW CAUSE

    In its September 24 minute order (Dkt. # 18), the court designated Defendants' motion for reconsideration as a motion to modify pretrial deadlines, noting that motion for October 4, 2013.  The minute order informed Plaintiff that if he did not respond to the motion, "the court w[ould] issue an order to show cause why it should not dismiss this case without prejudice for failure to prosecute."

    Plaintiff did not respond to the motion to modify pretrial deadlines.  The court accordingly ORDERS Plaintiff to SHOW CAUSE why the court should not dismiss this action without prejudice for failure to prosecute.  Plaintiff shall respond to this order, in writing, no later than October 21, 2013.  If Plaintiff does not respond to this order, the court will dismiss this case without prejudice and without further notice.

    DATED this 7th day of October, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1